# UNITED STATES BANKRUPTCY COURT
## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **In the Matter of:** | **Chapter 13** |
| JUBEIDA ULLAH | |
| | **Case No. 14-10221-RGM** |
| **Debtor** | |

### CERTIFICATE OF COMPLETION OF FINANCIAL MANAGEMENT COURSE

On February 18, 2014 the Office of the Chapter 13 Trustee for this Court hereby certifies that Jubeida Ullah

completed a course on personal financial management given by this office which is a provider approved pursuant to

11 U.S.C. 111 to provide instructional courses concerning personal financial management in the Alexandria

Division of the Eastern District of Virginia.

Dated:  March 13, 2014

___/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB 26421